1  H. Ty Kharazi, Esq.; SBN 187894
   **YARRA, KHARAZI & CLASON**
2  2000 Fresno Street, Suite 300
   Fresno, CA 93721
3  Telephone: (559) 441-1214
   Facsimile: (559) 441-1215
4
5  Attorneys for Defendants, MILLENNIUM ACQUISITIONS, LLC. and
   TIMELESS INVESTMENTS, INC. dba Arco AM/PM #83176

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>            Plaintiff,<br><br>    vs.<br><br>MILLENNIUM ACQUISITIONS, LLC;<br>TIMELESS INVESTMENTS, INC., dba<br>ARCO AM/PM #83176<br><br>            Defendant. | Case No. 1:14-cv-01402-LJO-SAB<br><br>**STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND ORDER THEREON** |

**TO THE HONORABLE STANLEY A. BOONE, U.S. MAGISTRATE JUDGE:**

IT IS HEREBY STIPULATED by and between Plaintiff, Ronald Moore ("Plaintiff"), and Defendants, Millennium Acquisitions, LLC and Timeless Investments, Inc. (collectively "Defendants," and together with Plaintiff, "the Parties"), through their respective counsel, and subject to this Court's Order, that the Scheduling Conference currently set for December 9, 2014 at 9:45 a.m. in Courtroom 9 before the Honorable Magistrate Judge Stanley A. Boone, be continued to **January 20, 2015** at **2:00 p.m.** in Courtroom 9.

This continuance was requested by Defendants due to Defendants' counsel's ongoing jury trial before the Fresno County Superior Court. Because of the aforementioned trial, Defense counsel has not been able to meet and confer with Plaintiff's counsel and finalize the scheduling conference

statement. Plaintiff has agreed to this continuance and there have been no prior requests for continuances.

**IT IS SO STIPULATED:**

                                    **MOORE LAW FIRM, P.C.**

Dated: November 24, 2014.        /s/ Tanya E. Moore

                                    TANYA E. MOORE, Attorney for Plaintiff, RONALD MOORE

                                  **YARRA, KHARAZI & CLASON**

Dated: November 24, 2014.        /s/ H. Ty Kharazi

                                  H. TY KHARAZI, Attorney for Defendants, MILLENNIUM ACQUISITIONS, LLC. and TIMELESS INVESTMENTS, INC. dba ARCO AM/PM #83176

## **ORDER**

The Parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that the Scheduling Conference currently set for December 9, 2014 at 9:45 a.m. shall be continued to January 20, 2015 at 2:00 p.m**.** in Courtroom 9 before the Honorable Magistrate Judge Stanley A. Boone.

The Parties' Joint Scheduling Report shall be filed on or before January 13, 2015.

IT IS SO ORDERED.

Dated:   **November 25, 2014**                             

                                         UNITED STATES MAGISTRATE JUDGE