1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile  (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Ronald Moore
6

7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10

11 RONALD MOORE,                       )  No.  1:14-cv-01402-LJO-SAB
                                       )
12          Plaintiff,                 )  **STIPULATION GRANTING PLAINTIFF**
                                       )  **LEAVE TO FILE FIRST AMENDED**
13     vs.                             )  **COMPLAINT; ORDER**
                                       )
14 MILLENNIUM ACQUISITIONS, LLC, et al.,)
                                       )
15          Defendants.                )
                                       )
16 _____)

17

18      **WHEREAS,** Plaintiff, Ronald Moore ("Plaintiff"), seeks to amend his complaint to

19 allege additional barriers relating to his disability which were identified at the site inspection of

20 the subject property conducted on January 28, 2015, as permitted by Chapman v. Pier 1

21 Imports (U.S.), Inc., 631 F.3d 939, 944 (9th Cir. 2011), and required by Oliver v. Ralphs

22 Grocery Co., 654 F.3d 903, 909 (9th Cir. 2011);

23      **WHEREAS,** Plaintiff has not unduly delayed the amendment, does not bring it in bad

24 faith, the amendment is not futile, and such amendment does not prejudice Defendants,

25 Millennium Acquisitions, LLC; and Timeless Investments, Inc., dba Arco am/pm #83176

26 ("Defendants"), nor does the amendment in any way change the nature of the action;

27      **WHEREAS**, the amendment will not modify any date or deadline fixed by the Court's

28 Scheduling Order dated January 21, 2015 (Dkt. 13) pursuant to Fed. R. Civ. P. 16(b)(4);

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between Plaintiff and Defendants, the parties hereto, through their respective attorneys of record, that Plaintiff may file a First Amended Complaint, a copy of which is attached hereto as Exhibit "A."

**IT IS FURTHER STIPULATED** that Plaintiff will file his First Amended Complaint within five (5) calendar days of the Court's Order permitting such filing, and that Defendants' response thereto shall be filed within thirty (30) days after the First Amended Complaint is filed.

**IT IS SO STIPULATED**.

Dated: March 23, 2015

MOORE LAW FIRM, P.C.
*/s/ Tanya E. Moore*
Tanya E. Moore
Attorneys for Plaintiff
Ronald Moore

Dated: March 23, 2015

YARRA, KHARAZI & CLASON
*/s/ H. Ty Kharazi*
H. Ty Kharazi
Attorneys for Defendants
Millennium Acquisitions, LLC; and Timeless Investments, Inc., dba Arco am/pm #83176

### ORDER

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff shall file his First Amended Complaint, a copy of which was filed with the Parties' stipulation, within five (5) calendar days of the date this Order is filed.

**IT IS FURTHER ORDERED** that Defendants' response thereto shall be filed within thirty (30) days after the First Amended Complaint is filed.

IT IS SO ORDERED.

Dated: **March 24, 2015**

UNITED STATES MAGISTRATE JUDGE