Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile  (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

H. Ty Kharazi, Esq.; SBN 187894
Naser A. Nekumanesh, SBN 272067
**YARRA, KHARAZI & CLASON**
2000 Fresno Street, Suite 300
Fresno, CA 93721
Telephone: (559) 441-1214
Facsimile: (559) 441-1215

Attorneys for Defendants, MILLENNIUM ACQUISITIONS, LLC. and TIMELESS INVESTMENTS, INC. dba Arco AM/PM #83176

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONALD MOORE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MILLENNIUM ACQUISITIONS, LLC, et al.,<br><br>　　　　Defendants. | No.  1:14-cv-01402-LJO-SAB<br><br>**STIPULATION TO EXTEND EXPERT DISCOVERY DEADLINE; ORDER** |

　　　　Plaintiff, Ronald Moore ("Plaintiff"), and Defendants, Millennium Acquisitions, LLC and Timeless Investments, Inc. doing business as Arco AM/PM #83176 ("Defendants," and together with Plaintiff, the "Parties") hereby stipulate as follows:

1. The Court's Scheduling Order sets the last date to complete expert discovery as November 2, 2015 (Dkt. 13).

2. The Parties timely served expert witness disclosures on September 21, 2015.

3. Due to scheduling issues, the Parties have agreed to take Plaintiff's experts' depositions on November 4 and 5, 2015, which dates are after the expert discovery deadline, subject to the Court's permission.

4. The Parties have agreed that Defendants' expert's deposition may be taken on November 6, 2015, subject to the Court's permission.

5. The Parties therefore agree to extend the expert discovery deadline to November 6, 2015. This extension will not affect any other dates or deadlines set by Court order.

**IT IS SO STIPULATED.**

Dated: October 5, 2015                MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorneys for Plaintiff
Ronald Moore

YARRA, KHARAZI & CLASON

*/s/ H. Ty Kharazi*
H. Ty Kharazi
Attorneys for Defendants
Millennium Acquisitions, LLC and
Timeless Investments, Inc. doing business
as Arco AM/PM #83176

///
///
///

# ORDER

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that the expert discovery cut-off is extended from November 2, 2015 to November 6, 2015.

IT IS SO ORDERED.

Dated: __October 7, 2015__

UNITED STATES MAGISTRATE JUDGE