# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>                    Plaintiff,<br><br>           v.<br><br>MILLENNIUM ACQUISITIONS, LLC, et al.,<br><br>                    Defendants. | Case No.  1:14-cv-01402-LJO-SAB<br><br>ORDER MODIFYING NOVEMBER 9, 2015 ORDER<br><br>(ECF No. 37)<br><br>DEADLINE: November 13, 2015 |

On October 19, 2015, Plaintiff filed a motion to compel the deposition of Defendant's person most knowledgeable and a request for sanctions.  Defendant filed an opposition to the motion on November 4, 2015.  The parties filed a joint statement of discovery disagreement on November 5, 2015.

On November 5, 2015, the Court conducted an informal discovery conference regarding another matter during which Defendant agreed to have the witness reappear for a second deposition.  The parties were ordered to notify the Court by November 10, 2015 if they had resolved the instant motion to compel.

On November 10, 2015, Defendant informed the Court by e-mail that the parties had resolved the deposition issue and were attempting to come to an agreement on the request for sanctions.  Defendant requests an extension of time to November 12, 2015, to inform the Court whether the parties are able to resolve the remaining issues.

1

Based on the foregoing, IT IS HEREBY ORDERED that the parties shall either withdraw the motion to compel or file a supplemental joint statement of any remaining issues on or before November 13, 2015.

IT IS SO ORDERED.

Dated: __**November 10, 2015**__

UNITED STATES MAGISTRATE JUDGE

2