# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MILLENNIUM ACQUISITIONS, LLC, et al.,<br><br>　　　　Defendants. | Case No. 1:14-cv-01402-LJO-SAB<br><br>ORDER VACATING NOVEMBER 18, 2015 HEARING<br><br>(ECF Nos. 29, 38) |

　　　　Plaintiff filed a motion to compel on October 19, 2015, that is set for oral argument on November 18, 2015. On November 10, 2015, Plaintiff filed a notice of withdrawal of the motion as the parties have resolved the discovery dispute. Accordingly, the hearing set for November 18, 2015, is HEREBY VACATED and the parties are not required to appear on that date.

IT IS SO ORDERED.

Dated: **November 12, 2015**

　　　　　　　　　　　　　　　　　　　　　　　　
UNITED STATES MAGISTRATE JUDGE

1