UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>  Plaintiff,<br><br>  v.<br><br>MILLENIUM ACQUISITIONS, LLC, and TIMELESS INVESTMENTS, INC. dba ARCO AM/PM #84176,<br><br>  Defendants. | No. 1:14-cv-01402-DAD-SAB<br><br><u>ORDER ENTERING JUDGMENT, DISMISSING CLAIMS, AND VACATING FUTURE DATES</u><br><br>(Doc. No. 62.) |

On March 4, 2016, the court issued its order on plaintiff's motion for summary judgment. (Doc. No. 61). In that order the court granted plaintiff's motion for summary judgment on claims under the Unruh Act based on sixteen violations of the Americans with Disabilities Act, and awarded plaintiff statutory damages of $ 4,000. (Doc. No. 61.) On March 7, 2016, the parties filed a joint stipulation requesting that the court: (1) enter judgment in favor of plaintiff and against defendants consistent with the court's order on plaintiff's motion for summary judgment, and (2) dismiss plaintiff's remaining four claims for injunctive relief as to the gas station's self-service items in the north and south convenience stores; the public pay phone parts, and the coat hooks in the north convenience store. (Doc. No. 62.)

/////

1

Accordingly, the court hereby enters judgment in favor of the plaintiff and against defendants as set forth in the court's order on plaintiff's summary judgment motion, (Doc. No. 61 at 24, ¶¶ 2–3.). *See* Fed. R. Civ. P. 58; *Harmston v. City and County of San Francisco*, 627 F.3d 1273 (9th Cir. 2010); *see also Hollywood v. City of Santa Maria*, 886 F.2d 1228, 1231 (9th Cir. 1989) (explaining that, in accordance with the language of Rule 58, "we have held with respect to a final judgment, that the separate entry rule requires entry of a document distinct from any opinion or memorandum").

In light of the parties' stipulation as to plaintiff's remaining four claims, those claims are hereby DISMISSED with prejudice, *see* Fed. R. Civ. P. 41(a)(1); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). The court also VACATES all future dates previously scheduled in this action, including the March 14, 2016 pretrial conference and the April 26, 2016 trial dates.

IT IS SO ORDERED.

Dated:   **March 8, 2016**                          _____
UNITED STATES DISTRICT JUDGE