| | |
|---|---|
| RONALD MOORE,<br><br>Plaintiff,<br><br>v.<br><br>MILLENNIUM ACQUISITIONS, LLC, et al.,<br><br>Defendants. | No. 1:14-cv-01402-DAD-SAB<br><br>ORDER DISSOLVING PERMANENT INJUNCTIONS AND CLOSING THE CASE<br><br>(Doc. No. 90) |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

On March 4, 2016, this court issued an order granting in part and denying in part plaintiff Ronald Moore's summary judgment motion. (Doc. No. 61.) The order granted plaintiff's motion with respect to injunctive relief sought with respect to sixteen architectural features found to constitute violations of the Americans With Disabilities Act, 42 U.S.C. §§ 1218-12189 ("ADA"). (*Id*. at 24.) On March 28, 2016, defendants Millennium Acquisitions, LLC and Timeless Investments, Inc., d/b/a Arco AM/PM #83176 ("defendants") appealed from the order to the U.S. Court of Appeals for the Ninth Circuit. (Doc. No. 67.) On January 12, 2018, the Ninth Circuit issued a memorandum decision. (Doc. No. 90.) Therein, the Ninth Circuit vacated this court's judgment as to plaintiff's ADA claim and instructed that the injunction be dissolved on remand,

/////

/////

1

since the gas station at issue was sold, closed and being dismantled while the appeal was pending, thereby rendering plaintiff's ADA claim moot. (*Id.* at 2.)[1]

Pursuant to the Ninth Circuit's instruction (Doc. No. 90), this court now dissolves the previously entered injunction in this case. The Clerk of the Court is instructed to close this case.

IT IS SO ORDERED.

Dated: **July 18, 2018**

_____
UNITED STATES DISTRICT JUDGE

---

[1] The Ninth Circuit affirmed this court's granting of summary judgment in plaintiff's favor as to his Unruh Act claim. (Doc. No. 90 at 2-3.)